UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL BROWN,

        Plaintiff,   Case Number 22-12633
v.   Honorable David M. Lawson

DTE ELECTRIC COMPANY,

        Defendant,

_____/

### ORDER OF DISMISSAL

On January 23, 2024, the parties informed the Court that they had reached an agreement to resolve all of the claims in this matter in an arbitral forum. This case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before February 22, 2024**.

It is further **ORDERED** that the pending motion for conditional certification (ECF No. 18) is **DISMISSED as moot**.

                                          s/David M. Lawson
                                          DAVID M. LAWSON
                                          United States District Judge

Dated:   January 23, 2024